UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-00502-TPB-CPT

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 47.196.213.196, an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 47.196.213.196, are voluntarily dismissed with prejudice.

Dated: March 31, 2020                                Respectfully submitted,

                                                        **MAMONE LAW P.A.**
                                                        *Attorneys for Plaintiff Strike 3 Holdings, LLC*

                                                        By:  /s/ *Tyler A. Mamone*
                                                        Tyler A. Mamone, Esq.
                                                        100 SE 2nd St., Ste. 2000
                                                        Miami, FL 33131
                                                        Tyler@Mamonelaw.com
                                                        Office: (786) 209-2379

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                            By:  /s/ Tyler A. Mamone
                                                                                    Tyler A. Mamone, Esq.